**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiffs**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOSE LUIS OCAMPO, et al.,**<br><br>**Defendants.** | **CASE NO. 1:16-cv-00559-LJO-JLT**<br><br>**ORDER (Proposed)**<br>**(Doc. 8)** |

**ORDER (Proposed)**

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:16-cv-00559-LJO-JLT styled *J & J Sports Productions, Inc. v. Jackson*, is hereby continued from 9:00 AM, Wednesday, July 20, 2016 to **September 2, 2016 at 9:30 a.m.**  Appearances via CourtCall are authorized.

Plaintiff shall also serve a copy of this Order on the defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:    **July 7, 2016**             /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE